No. 84–6380. MARTIN v. PENNSYLVANIA BOARD OF LAW EXAMINERS. Sup. Ct. Pa. Certiorari denied.

No. 84–6382. YATES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 84–6383. ESQUIBEL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–6385. WISE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–6386. NEELY v. CENTRAL INTELLIGENCE AGENCY. C. A. D. C. Cir. Certiorari denied.

No. 84–6388. DiNoia v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 84–6389. HAYWOOD v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 84–6392. LEWIS v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 84–6402. MIRITI v. SCHADE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 84–6419. HARVEY v. SMITH. C. A. 5th Cir. Certiorari denied.

No. 84–6436. DeVYVER, AKA WILSON v. SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 84–322. REMINICK ET AL. v. MALTZ ET AL. Ct. App. N. Y. Motion of Bankers Trust Co. for leave to intervene denied. Certiorari denied.